UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Brian Whitaker**,

    Plaintiff,

v.

**Tacos Los Gemelos Inc.,** a California Corporation

    Defendant.

Case: No. **4:21-CV-03803-HSG**

[proposed] **ORDER GRANTING JOINT SECOND STIPULATION TO EXTEND SITE INSPECTION DEADLINE**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including September 29, 2021.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: 9/21/2021

*Haywood S. Gilliam Jr.*

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE